UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____x
In Re:                                                      Chapter 13
Jude Jacques                                                Case No.  01-08-42279
_____x

## DEBTORS PLAN UNDER CHAPTER 13

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee, inclusive of trustee fees, for a total of 60 months, the sum of: $42.00 monthly commencing May 16, 2008 for 60 months plus tax refunds annually.

2. From the payments so received, the trustee shall make disbursements as follows:
a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.
b) Holders of allowed secured claims shall retain the liens securing such claims until the earlier of:
i. payment of underlying debt determined under non-bankruptcy law; or
ii. discharge under §1328; and shall be paid as follows:
ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).
(Mortgage holder) to be paid pre-petition arrears in the sum of NA interest on over the life of the plan.
(c) Subsequent to distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows: PRO RATA distribution to all timely filed proofs of claim of not less
than 1%(percent) of allowed timely filed claims.
3. All lease agreements are hereby assumed, unless specifically rejected as follows: rejecting any contract provision that remains executory and deeming confirmation/completion that all arrearages have been paid in full and payments are current; all agreements for arbitration of any matter.
4. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), less than one hundred percent (100%), the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.
5. Title to the debtor(s) property shall revest in the debtor(s) upon confirmation of the plan or dismissal of the case, unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.
Dated: April 17, 2008
_____/s/_____                           _____/s/_____
Jude Jacques  Debtors                            Law office of Shmuel Klein, PC
                                                         Attorney for Debtor(s)