**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------X

| | |
|---|---|
| **Jude Jacques** | Case No. **01-08-42279** |
| Debtor(s) | Chapter **13** |
| | **AMENDED CHAPTER 13 PLAN** |

-----------------------------------------------X

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of 60 months, the sum of: **$42.00 for 14 months and then $300.00 for 46 months** commencing May 1, 2008, through and including May 1, 2013 for a total period of 60 months;
**Together with all tax refunds for the next five years.**
2. From the payments so received, the trustee shall make disbursements as follows:
(a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.
(b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:
**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).**
(mortgage holder) to be paid pre-petition arrears in the sum of $ N/A plus % interest over the life of the plan.
(c) Subsequent and/ or concurrently with distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim of not less than 1%(percent).**
3. All lease agreements are hereby assumed, unless specifically rejected as follows:
4. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), less than one hundred percent (100%), the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.
Title to the debtor(s) property shall revest in the debtor(s) upon confirmation of the plan or dismissal of the case, unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

Date **8-6-09**


Signature /**s**/**Jude Jacques**
**Jude Jacques**
Debtor


Attorney /**s**/ **Joshua N. Bleichman**
**Joshua N. Bleichman**