**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------X
**Jude Jacques**                    Case No. **01-08-42279**
Debtor(s)                              Chapter **13**
                                       **AMENDED CHAPTER 13 PLAN**
-----------------------------------------------X

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor shall pay to the trustee for a total of 60 months,

**$42.00** commencing **May 2008** through and including **June 2009** for a period of **14** months
**$678.00** commencing **July 2009** through and including **May 2013** for a period of **46** months

**Together with all tax refunds for the next five years.**

2. From the payments so received, the trustee shall make disbursements as follows:
    (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.
    (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR.**

(c) Subsequent and/ or concurrently with distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim of not less than 1% (percent).**

3. All lease agreements are hereby assumed, unless specifically rejected as follows:

The car loan with CitiFinancial payments shall be paid pursuant to contract outside of the plan

Adversary Case No. 09-01018 against Ocwen Loan Servicing, LLC was dismissed on September 15, 2009.
Ocwen Loan Servicing, LLC payments shall be paid pursuant to contract outside of the plan and the arrears of $8,147.35 to be paid through the plan.

Adversary Case No. 09-01025 against HSBC was deemed unsecured on July 30, 2009, therefore this will be paid through the plan.

4. During the pendency of this case, if unsecured creditors are paid, pursuant to

paragraph 2(c), less than one hundred percent (100%), the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee for the period of 2008 through 2013; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s) property shall revest in the debtor(s) upon confirmation of the plan or dismissal of the case, unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

Date: December 23, 2009


Signature **/s/Jude Jacques**
**Jude Jacques**
Debtor


Attorney **/s/ Joshua N. Bleichman**
**Joshua N. Bleichman**